U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 1 2015

TONY R. MOORE, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ELLIOTT JORDAN, JR. | CIVIL ACTION 15-0655 |
| VERSUS | DISTRICT JUDGE DRELL |
| BELLSOUTH TELECOMMUNICATIONS, LLC, et al | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #7, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _11_ day of _June_, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT